FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL**, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **CHRISTIE'S, INC.**, a New York corporation, <br><br> Defendant - Appellee. | No. 12-56067 <br><br> D.C. No. 2:11-cv-08605-MWF-FFM <br><br><br> **ORDER** |
| **SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL**, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **EBAY, INC.**, a Delaware corporation, <br><br> Defendant - Appellee. | No. 12-56068 <br><br> D.C. No. 2:11-cv-08622-MWF-PLA |

| | |
|---|---|
| **ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>**SOTHEBY'S, INC.**, a New York corporation,<br><br>Defendant - Appellee. | No. 12-56077<br><br>D.C. No. 2:11-cv-08604-MWF-FFM |

**THOMAS**, Circuit Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judges Wardlaw and Nguyen did not participate in the deliberations or vote in this case.